UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22682-BLOOM/Reid

PAUL SIMPLICE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon Petitioner Paul Simplice's ("Petitioner") Motion to Transfer, ECF No. [14], and Motion for Extension of Time to File Response, ECF No. [15] ("Motion for Extension of Time"), (collectively, the "Motions"). The Court has reviewed the Motions, the record in this case, and the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion to Transfer is denied and the Motion for Extension of Time is granted in part and denied in part.

The Motion to Transfer requests that this Court order Petitioner to be transferred to FDC Miami. The decision of where an inmate should be placed is exclusively reserved for the Bureau of Prisons. *See* 18 U.S.C. § 3621. As such, the Court does not have jurisdiction to grant the relief requested in Petitioner's Motion to Transfer. Thus, the Motion to Transfer is denied.

Next, the Motion for Extension of Time requests the trial transcripts from Petitioner's criminal case, the trial transcripts of the proceedings in his co-defendant Goerge Victor's case, and an extension of time within which to file his objections to the Report and Recommendation, ECF No. [13]. With regard to the requested transcripts, Petitioner has not established indigency by filing

a motion to proceed *in forma pauperis* or good cause. Accordingly, Petitioner's request for the transcripts of the proceedings in his criminal case and those of his co-defendant's case is denied without prejudice. Nevertheless, Petitioner's request for additional time within which to file his objections to the Report and Recommendation is granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Transfer, **ECF No. [14]**, is **DENIED**.

2. Petitioner's Motion for Extension of Time, **ECF No. [15]**, is **GRANTED in part and DENIED in part** consistent with this Order. Petitioner must file his objections to the Report and Recommendation, ECF No. [13], **by no later than March 6, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 14, 2020.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Paul Simplice
05175-104
Bennettsville Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 52020
Bennettsville, SC 29512