# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 18-cv-22682-BLOOM/Reid

PAUL SIMPLICE,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendations of the Honorable Lisette M. Reid. ECF No. [13] ("Report"). On February 3, 2020, Judge Reid issued the Report recommending that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ECF No. [1] ("Motion"), be denied on the merits, that no certificate of appealability issue, and that the case be closed. ECF No. [13] at 21. The Report further advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.*[1] To date, Petitioner has not filed any objections.

This Court has conducted a *de novo* review of Judge Reid's Report and the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be

---

[1] On February 14, 2020, Petitioner requested an extension of time within which to file his objections. ECF No. [15]. On the same day, this Court issued an Omnibus Order permitting Petitioner to file his objections to Judge Reid's Report by March 6, 2020. ECF No. [16]. On March 4, 2020, Petitioner requested another extension of time, ECF No. [21], which the Court denied because it had previously granted an extension and Petitioner had not set forth good cause for an additional extension, ECF No. [22].

well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that Petitioner is not entitled to habeas corpus relief for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [13]**, is **ADOPTED**.

2. The Motion, **ECF No. [1]**, is **DENIED**. No Certificate of Appealability shall issue.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 9, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Paul Simplice
05175-104
Bennettsville Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 52020
Bennettsville, SC 29512